

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00117-CV

## IN THE ESTATE OF
## WANDA GAIL BETTS LAYFIELD, DECEASED

**From the County Court at Law
Navarro County, Texas
Trial Court No. P18839**

## MEMORANDUM OPINION

Appellant, Rickey Layfield, appeals from a judgment signed by the trial court on March 19, 2019. By letter dated April 9, 2019, the Clerk of this Court notified appellant that the appeal is subject to dismissal because the original filing fee had not been paid and warned appellant that the Court would dismiss the appeal unless, within ten days from the date of the letter, appellant paid the filing fee or obtained indigent status for the purpose of appeal. Ten days have passed, and appellant has not paid the filing fee for this appeal or obtained indigent status. Accordingly, we hereby dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed May 1, 2019
[CV06]

